IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01960-CNS-KLM

MICAH KIMBALL,

    Plaintiff,

v.

OFFICER JAMI SISNEROS, in their individual and official capacity;
OFFICER RANDAL DENISON, in their individual and official capacity;
OFFICER SEAN KELLY, in their individual and official capacity;
OFFICER SCOTT HAGAN, in their individual and official capacity;
OFFICER JOHN MEONI, in their individual and official capacity;
CHIEF PAUL PAZEN, in his official capacity;
CITY AND COUNTY OF DENVER, COLORADO,

    Defendants.

---

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS [ECF # 21]**

---

Plaintiff, through his attorneys David A. Lane of Killmer, Lane & Newman, LLP, Jane Fisher-Byrialsen of Fisher & Byrialsen, PLLC, and Hollis Whitson of Samler & Whitson, PC, respectfully requests an additional ninety (90) days to respond to the Defendants' Motion to Dismiss:

1. Defendants filed their Motion to Dismiss on August 26, 2022. [Doc. 21].

2. By operation of the rule, Plaintiff's response to Defendants' Motion to Dismiss is due for filing no later than September 16, 2022.

3. Counsel for Plaintiff have been working diligently to complete the response within the timeframe prescribed by the rules, but request an extension of ninety [90] days, up to and including December 15, 2022, to complete and file the response.

4. Good cause exists for the granting of this extension, and it is not sought for purposes of delay.

5. Defendants' motion to dismiss is over 30 pages, with several attachments. It raises several potential novel questions of law and multiple separate issues that will need to be addressed in detail. Because of the time needed to draft this response, as well as counsel's other obligations, described below, the requested extension is necessary to adequately respond to the motion.

6. Counsel for Plaintiff Jane Fisher-Byrialsen is currently fully occupied with preparation for a trial that starts on October 3, 2022, before Hon. Judge Domenico in docket 18CV2076. There is no doubt that case will proceed to trial.

7. Counsel for Plaintiff Hollis Whitson is also fully occupied with the same trial as she serves as guardian ad litem for the plaintiff, who has a mental disability. In addition, counsel has very substantial briefing in Reply due in the Colorado Court of Appeals (*No. 19CA376*) in a direct appeal of a complex criminal conspiracy conviction for 28 substantive violations of the Colorado Organized Crime and Control Act. It is anticipated that brief will be due on extension on November 2, 2022. In addition, although the precise date is not yet set, Ms. Whitson will be traveling out of state travel for an Aunt's memorial service in October 2022.

8. Counsel for Plaintiff, Liana Orshan, in addition to the usual press of business, have had or will have several conflicting obligations, including drafting a response to Defendants' motion for summary judgment in *Estate of Melvin v. City of Colorado Springs et al.*, due September 22, 2022; and attending and preparing for multiple depositions of the several Plaintiffs and six Defendants in *Gilliam v. Kwon*, Arapahoe Cty. Dist. Ct. No. 2021CV30146, in

the next month Further, Ms. Orshan was out of the office from September 1-6, 2022, on an unrelated matter.

9. Counsel for Plaintiff, David A. Lane, in addition to the usual press of business, have had or will have conflicting obligations, including a combined Preliminary Injunction Hearing and Bench Trial out of State in the U.S. District of Arizona beginning September 22, 2022, in the case of *Arizona Attorneys for Criminal Justice, et al. v. Ducey, et al.*, 2:17-cv-01422-SPL.  Mr. Lane in addition to rigorous trial preparations will be required to travel to Arizona for this Trial.

10. No party will be prejudiced by the granting of this motion.

### CERTIFICATE PURSUANT TO D.C.COLO.L.CIVR 7.1(a)

11. Counsel for Plaintiff certifies that they conferred with counsel for Defendants, who stated that they do not oppose an extension of time of thirty (30) days but do not agree to an extension of 90 days and so oppose an extension of that length.

### CERTIFICATE PURSUANT TO D.C.COLO.L.CIVR 6.1(c)

12. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this Motion is being contemporaneously served by counsel on their client, via his personal email account.

### CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion, providing Plaintiff up to and including December 15, 2022, to respond to Defendants' Motion to Dismiss [ECF #21].

Dated this 15th day of September 2022.

KILLMER, LANE & NEWMAN, LLP

_s/ David A. Lane_
David A. Lane
Liana G. Orshan
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
(303) 571-1001 facsimile
dlane@kln-law.com
lorshan@kln-law.com

Jane Fisher-Byrialsen
Fisher & Byrialsen, PLLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237
Phone: (303) 256-6345
Email: Jane@FBLaw.org

Hollis A. Whitson
Samler and Whitson, PC
1600 Stout Street, Suite 1400
Denver, CO 80202
Phone: 303-670-0575
Email: Hollis@SamlerandWhitson.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on September 15 2022, I filed a copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS [ECF # 21]**, via CM/ECF which will send an electronic Notice of Electronic Service to counsel at the following addresses:

Katherine M. Field
Denver City Attorney's Office
201 W. Colfax Ave.
Denver, CO 80202
Kate.field@denvergov.org

                                            */s/ Charlotte Bocquin Scull*
                                            Paralegal